**Opinion issued December 18, 2018**



In The

# Court of Appeals

For The

# First District of Texas

————————————

## NO. 01-18-00184-CV

————————————

## IN RE CYNTHIA YOUNG A/N/F PATRICIA YOUNG, Relator

---

### Original Proceeding on Petition for Writ of Mandamus

---

### MEMORANDUM OPINION

Relator, Cynthia Young a/n/f Patricia Young, has filed a motion to dismiss her petition for a writ of mandamus, stating that she has settled the underlying lawsuit.[1]  *See* TEX. R. APP. P. 42.1(a)(1).  Although the motion does not contain a certificate of conference, it contains a certificate of service on counsel for the real

---

[1]    The underlying proceeding is *Cynthia Young a/n/f Patricia Young v. Eugene Young*, Cause No. 1091205, in the County Civil Court at Law No. 4, Harris County, the Honorable Roberta A. Lloyd presiding.

party in interest, the motion has been on file with this Court for more than ten days, and no party has responded to the motion. *See* TEX. R. APP. P. 10.1(a)(5), 10.3(a)(2). No opinion has issued. *See* TEX. R. APP. P. 42.1(a)(1), (c).

Accordingly, we grant the motion and dismiss the petition for a writ of mandamus. *See* TEX. R. APP. P. 42.1(a)(1), 43.2(f).

**PER CURIAM**

Panel consists of Justices Higley, Lloyd, and Caughey.